**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **RANDAL LEE THOMPSON,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **No. 4:23-cv-201-O-BP** |
| | § | |
| **CITY OF WEATHERFORD,** *et al.*, | § | |
| | § | |
| **Defendants.** | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto,[1] in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that this action is **DISMISSED with prejudice.** To the extent Plaintiff's claims are barred by *Heck v. Humphrey*, 512 U.S. 477 (1994), Plaintiff is permitted to reassert those claims when the conditions under *Heck* are met.

**SO ORDERED** on this **28th day** of **June, 2023**.

Reed O'Connor
**UNITED STATES DISTRICT JUDGE**

---

[1] On June 21, 2023, Plaintiff filed a document entitled "Conclusions of Law Supreme Court Holdings," which reiterates the factual assertions and arguments Plaintiff made in his Amended Complaint. ECF No. 13. Construing this filing generously as an objection to the Magistrate Judge's Findings, Conclusions, and Recommendation, the Court has reviewed the recommendation *de novo*.