**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **RANDAL LEE THOMPSON,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **No. 4:23-cv-201-O-BP** |
| | § | |
| **CITY OF WEATHERFORD, *et al.*,** | § | |
| | § | |
| **Defendants.** | § | |

## FINAL JUDGMENT

This Judgment is issued pursuant to Fed. R. Civ. P. 58(a).

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that:

1.      This case is **DISMISSED** with prejudice. To the extent Plaintiff's claims are barred by *Heck v. Humphrey*, 512 U.S. 477 (1994), Plaintiff is permitted to reassert those claims when the conditions under *Heck* are met.

2.      The taxable costs of court, as calculated by the clerk of court, shall be borne by the party incurring the same.

3.      The clerk shall transmit a true copy of this Judgment, together with a true copy of the Order accepting the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, to the parties.

**SO ORDERED** on this **28th day** of **June, 2023**.

Reed O'Connor
**UNITED STATES DISTRICT JUDGE**